## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 13-_10078_-01-JTM |
| | ) | |
| **TAMMY L. LAMBERT**, | ) | |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

### AGGRAVATED IDENTITY THEFT
### 18 U.S.C. 1028A

From on or about December 12, 2012, to on or about December 26, 2012, in the District of

Kansas,

**TAMMY L. LAMBERT,**

the defendant herein, knowingly and unlawfully possessed and used, without lawful authority, a

means of identification she knew to be of another person, (Polly M.) during and in relation to the

felony of Attempted Bank Fraud (18 U.S.C. § 1344), as described herein.

In violation of Title 18, United States Code, §1028A.

## COUNT 2

**ATTEMPTED BANK FRAUD**
**18 U.S.C 1344**

From on or about December 12, 2012, to on or about December 24, 2012, in the District of Kansas,

**TAMMY L. LAMBERT,**

the defendant herein,  devised a scheme and artifice to obtain moneys and funds under the custody or control of the Midland National Bank of Newton, Kansas, a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation, by means of materially false or fraudulent pretenses and representations.  It was part of the scheme and artifice that the defendant paid for merchandise with the checks of Polly M. written on the Midland National Bank using a falsely made Kansas Driver's License which had her photograph and the personal information of Polly M.

On or about December, 2012, in the District of Kansas, defendant attempted to execute the scheme and artifice as set forth above, in that the defendant wrote checks on the Midland National Bank account of Polly M. As set out below:

| Date | Written to: | Location | Amount |
|---|---|---|---|
| December 12,  2012 | Kwik Shop | Wichita, KS | $45.90 |
| December 12,  2012 | Kwik Shop | Wichita, KS | $88.65 |
| December 22,  2012 | Gordmans | Wichita, KS | $87.75 |
| December 22,  2012 | Gordmans | Wichita, KS | $92.17 |
| December 22,  2012 | Dillons | Wichita, KS | $49.74 |
| December 22,  2012 | Kohl's | Wichita, KS | $332.00 |
| December 24,  2012 | Target | Wichita, KS | $111.30 |

In violation of Title 18, United States Code, Section 1344.

## COUNT 3

### PASSING COUNTERFEIT AND FORGING OBLIGATIONS
### OR SECURITIES OF THE UNITED STATES
### 18 U.S.C. 472

On or about July 10, 2012, in the District of Kansas,

### TAMMY L. LAMBERT,

the defendant herein, with intent to defraud, did pass to the Subway Sandwich Shop, 1600

S. Webb Road, Wichita, Kansas, a falsely made, forged, and counterfeited obligation of the United

States, that is a Federal Reserve Note in the denomination of fifty dollars ($50), Series 1996, Serial

No. AA49095671A, which she knew to be falsely made, forged and counterfeited,

In violation of Title 18, United States Code, Sections 471 and 2.

## COUNT 4

### PASSING COUNTERFEIT AND FORGING OBLIGATIONS
### OR SECURITIES OF THE UNITED STATES
### 18 U.S.C. 472

On or about August 1, 2012, in the District of Kansas,

### TAMMY L. LAMBERT,

the defendant herein, with intent to defraud, did pass to the Pink Boa, 217 W. Central,

Andover, Kansas a falsely made, forged, and counterfeited obligation of the United States, that is

a Federal Reserve Note in the denomination of one hundred dollars ($100), Series 2006A, Serial No.

KB18781695B, which she knew to be falsely made, forged and counterfeited,

In violation of Title 18, United States Code, Sections 471 and 2.

## COUNT 5

### PASSING COUNTERFEIT AND FORGING OBLIGATIONS
### OR SECURITIES OF THE UNITED STATES
### 18 U.S.C. 472

On or about September 17, 2012, in the District of Kansas,

### TAMMY L. LAMBERT,

the defendant herein, with intent to defraud, did pass to Chico's Restaurant, 4407 W. Maple, Wichita, Kansas, a falsely made, forged, and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of one hundred dollars ($100), Series 2006, Serial No. HF05626509F, which she knew to be falsely made, forged and counterfeited,

In violation of Title 18, United States Code, Sections 471 and 2.

## COUNT 6

### PASSING COUNTERFEIT AND FORGING OBLIGATIONS
### OR SECURITIES OF THE UNITED STATES
### 18 U.S.C. 472

On or about September 18, 2012, in the District of Kansas,

### TAMMY L. LAMBERT,

the defendant herein, with intent to defraud, did pass to The Gold Corner, 102 N. Washington, Wellington, Kansas a falsely made, forged, and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of one hundred dollars ($100), Series 1996, Serial No. AB12276471R, which she knew to be falsely made, forged and counterfeited,

In violation of Title 18, United States Code, Sections 471 and 2.

## COUNT 7

### PASSING COUNTERFEIT AND FORGING OBLIGATIONS
### OR SECURITIES OF THE UNITED STATES
### 18 U.S.C. 472

On or about September 19, 2012, in the District of Kansas,

### TAMMY L. LAMBERT,

the defendant herein, with intent to defraud, did pass to the Sugar Sister's Bakery 917 W. Douglas, Wichita, Kansas a falsely made, forged, and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of one hundred dollars ($100), Series 2003A, Serial No. FL96732976A, which she knew to be falsely made, forged and counterfeited,

In violation of Title 18, United States Code, Sections 471 and 2.

## COUNT 8

### PASSING COUNTERFEIT AND FORGING OBLIGATIONS
### OR SECURITIES OF THE UNITED STATES
### 18 U.S.C. 472

On or about September 19, 2012, in the District of Kansas,

### TAMMY L. LAMBERT,

the defendant herein, with intent to defraud, did pass to the Central Key and Safe, Co. Wichita, Kansas a falsely made, forged, and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of one hundred dollars ($100), Series 2003A, Serial No. FL96732976A which she knew to be falsely made, forged and counterfeited,

In violation of Title 18, United States Code, Sections 471 and 2.

A TRUE BILL.


May 22, 2013                              s/Foreperson
DATE                                      FOREPERSON OF THE GRAND JURY



s/Barry Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, KS  67202
Ks. S.Ct. No. 10866

It be requested that the trial be held in Wichita, Kansas.